No. 86–5668. MALAVE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 86–5669. TODDY-GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–5671. FORD *v.* BURROUGHS CORP. C. A. 3d Cir. Certiorari denied.

No. 86–5676. MCKNIGHT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–5687. LYNCH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–5689. COLLATOS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 86–5690. BROWNSCOMBE *v.* VETERANS ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 86–5692. MALLORY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5700. JOHNSON *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 86–5704. GOODACRE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5705. GARRIS *v.* LINDSAY, ADMINISTRATOR, MAXIMUM SECURITY FACILITY AT LORTON, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 86–5709. KINNELL *v.* UNITED STATES DISTRICT COURT JUDGES ET AL. C. A. 10th Cir. Certiorari denied.

No. 86–5728. CEBAS-BRUNO ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5737. CAMPBELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.